**ROCKAFELLOW LAW FIRM**
2438 East Broadway Boulevard
Tucson, Arizona 85719
T. 520.750.1800 / 1.800.264.4529
F. 520.750.1676
Leighton H. Rockafellow, Jr., Esq.
LeightonJr@RockafellowLaw.com

LEIGHTON H. ROCKAFELLOW, JR.
AZ Bar #028844
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| BOGUTZ AND GORDON, P.C. as Conservator and Guardian for MARY JO SWALWELL-SMITH, | No. 4:19-CV-00204-JAS |
| Plaintiff. | |
| vs. | **JOINT SETTLEMENT STATUS REPORT, FOURTH** |
| BONILLA EXPRESS, L.L.C., | Hon. James Soto |
| Defendant. | |

The parties, pursuant to the Court's Scheduling Order dated August 6, 2019, and having met and conferred regarding the material matters herein, submit their Fourth Joint Settlement Status Report.

**Deleted:** Third

1

The parties have scheduled mediation with David Damron for June 12, 2020. The parties are also considering a binding arbitration, should mediation fail, as an alternative to trial.

Dated this 22nd day of May 2020

**Rockafellow Law Firm**       **ELARDO, BRAGG, ROSSI & PALUMBO, PC**
/s/ Leighton H. Rockafellow, Jr       /s/ Jarin Giesler
Attorney for Plaintiffs       Attorney for Defendant

Original of the Foregoing
E-filed this 22nd day of May 2020
With Hon. James Soto
Southern District of Arizona

2